STARR DRUM (State Bar No. 336691)
sdrum@polsinelli.com
POLSINELLI PC
2100 Southbridge Pkwy, Suite 650
Birmingham, AL 35209
Telephone:   (205) 963-7136
Facsimile:   (205) 963-7156

TYLER ANDERS (State Bar No. 327478)
tanders@polsinelli.com
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:   (310) 556-1801
Facsimile:   (310) 556-1802

*Counsel for Defendant*
*Integrated Specialty Coverages*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE INTEGRATED SPECIALTY COVERAGES DATA BREACH LITIGATION* | Case No. 3:25-cv-01741<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT WITH PREJUDICE**<br><br>Dept.:   4C<br>Judge:   Hon. Jinsook Ohta<br>Trial Date:  None |

**PLEASE TAKE NOTICE** that, pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Mario Banda, John Pruitt, and Patrice Jarvis ("Plaintiffs"), and Defendant Integrated Specialty Coverages ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate to the dismissal of Plaintiffs' First Amended Consolidated Class Action Complaint [ECF No. 20] in its entirety with prejudice. The Parties agree that each shall bear their respective attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | Dated: February 5, 2026 | Respectfully submitted, |
| 2 | | POLSINELLI PC |
| 3 | | /s/ *Starr Drum*_____ |
| 4 | | Starr T. Drum (SBN 336691) |
| | | **POLSINELLI PC** |
| 5 | | 2000 Southbridge Pkwy, Suite 301 |
| 6 | | Birmingham, AL 35209 |
| | | Telephone: (205) 963-7136 |
| 7 | | sdrum@polsinelli.com |
| 8 | | Tyler G. Anders (SBN 327478) |
| 9 | | **POLSINELLI LLP** |
| | | 2049 Century Park East, Suite 2900 |
| 10 | | Los Angeles, CA 90067 |
| 11 | | Telephone: (310) 556-1801 |
| | | Facsimile: (310) 556-1802 |
| 12 | | tanders@polsinelli.com |
| 13 | | **COUNSEL FOR DEFENDANT INTEGRATED SPECIALTY COVERAGES** |

-2-
JOINT STIPULATION TO DISMISS PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT WITH PREJUDICE
Case No. 3:25-CV-01741

Dated: February 5, 2026    /s/ *Kristen Lake Cardoso*

Leanna A. Loginov (*admitted pro hac vice*)
**SHAMIS & GENTILE P.A.**
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: (305) 479-2299
lloginov@shamisgentile.com

Kristen Lake Cardoso (SBN 338762)
**KOPELOWITZ OSTROW P.A.**
1 W. Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
cardoso@kolawyers.com

John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
jnelson@milberg.com

**INTERIM COUNSEL FOR PLAINTIFFS AND THE PROPOSED CLASS**